STATE OF NEW JERSEY, RESPONDENT, v. AUSTIN CLARK, APPELLANT.

Argued May 18, 1948—Decided September 3, 1948.

For the respondent, *Lewis P. Scott.*

For the appellant, *Samuel P. Orlando* and *Carl Kisselman.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.

JOSEPH SCERBO, RESPONDENT, v. CURTISS WRIGHT CORP., APPELLANT.

Submitted May 28, 1948—Decided September 3, 1948.

For the appellant, *John W. Taylor.*

For the respondent, *Louis Winer.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES. HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. BESSIE BOYD ET AL., PLAINTIFFS IN ERROR.

Submitted May 28, 1948—Decided September 3, 1948.

For the plaintiffs in error, *Harold Simandl.*

For the defendant in error, *Duane E. Minard, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.